STEVEN F. GRUEL (CSBN 213148)
Attorney at Law

315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 829-4304
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for Juan Partida

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>Vs.<br><br>JUAN PARTIDA,<br><br>    Defendant. | ) No. CR-12-00834-EMC(NC)<br>)<br>) STIPULATION AND [PROPOSED]<br>) ORDER CONTINUING STATUS<br>) HEARING TO OCTOBER 1, 2014<br>)<br>)<br>)<br>)<br>) |

Defendant Juan Partida, by and through his attorney, Steven F. Gruel, hereby requests that the hearing scheduled for August 27, 2014 at 2:30 p.m. be continued until October 1, 2014 at 2:30 p.m. The good cause for this defense request is that in accordance with the Court's Order, advisory counsel (Richard Tamor) has been appointed in this case. Mr. Tamor is discussing the case with defense counsel and Mr. Partida. Additional time is needed for Mr. Tamor to work with Mr. Partida.

*STIPULATION AND [PROPOSED] ORDER*

- 1

Pending motions, as well as continuity of counsel and the need for effective preparation for defense counsel, all provide a basis for exclusion of time under the Speedy Trial Act.

The government does not oppose and stipulates to this defense request.

SO STIPULATED:

DATED: 08/21/2014        /s/
                         STEVEN F. GRUEL
                         Attorney for Juan Partida

DATED: 08/21/2014        /s/
                         RANDY LUSKEY
                         Assistant United States Attorney

[PROPOSED] ORDER

PREDICATED on the above stipulation and GOOD CAUSE APPEARING, the August 27, 2014 status hearing is continued to October 1, 2014 at 2:30 p.m. Excludable time in accordance with the Speedy Trial Act continues as stipulated above.

IT IS SO ORDERED.

DATED: 8/25/14           HONORABLE EDWARD M. CHEN
                         United States District Court

STIPULATION AND [PROPOSED] ORDER

- 2