1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  MARC PRICE WOLF (CABN 254495)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-436-6488
7      FAX: (415) 436-436-7234
       marc.wolf@usdoj.gov
8
   Attorneys for United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 12-0834 |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE FROM MAY 4, 2016 TO MAY 11, 2016 |
| v. | |
| JUAN PARTIDA, | |
| Defendant. | |

    This matter is currently set for a status conference before the Court on May 4, 2011. The parties have been negotiating a resolution and are close to finalizing an agreement. A resolution in this case would moot the pending motions and bring finality to the case. The parties seek an additional week to finalize and present the agreement to the Court. Accordingly, the parties jointly request to continue the status conference to May 11, 2016 at 1:00 p.m. Moreover, the parties stipulate that time be excluded under the Speedy Trial Act between May 4, 2016, and May 11, 2016, because motions are pending before the Court, defense counsel needs the time to review discovery and to conduct necessary

//

//

STIPULATION AND [PROPOSED] ORDER
CR 12-0834 EMC

1  investigation, and for continuity of counsel.

2  DATED: April 29, 2016                                    Respectfully submitted,

3                                                           BRIAN J. STRETCH
                                                            United States Attorney

4
                                                            _____/s/_____
5                                                           MARC PRICE WOLF
                                                            Assistant United States Attorney

6
                                                            _____/s/_____
7                                                           STEVEN GRUEL
                                                            Attorney for Defendant

8

9                              [PRO~~PO~~SED] ORDER

10     The status conference currently scheduled for May 4, 2016, is continued to May 11, 2016, at
       10:00 a.m.
11  ~~1:00 p.m~~.  Based upon the representation of counsel and for good cause shown, the Court finds that

12  failing to exclude the time between May 4, 2016, and May 11, 2016, would unreasonably deny the

13  defendant continuity of counsel and would deny counsel the reasonable time necessary for effective

14  preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

15  Moreover, motions are currently pending before the Court.  18 U.S.C. § 3161(h)(1)(D).  The Court

16  further finds that the ends of justice served by excluding the time between May 4, 2016, and May 11,

17  2016, from computation under the Speedy Trial Act outweigh the best interests of the public and the

18  defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time between May 4, 2016,

19  and May 11, 2016, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §

20  3161(h)(7)(A), (B)(iv), and (h)(1)(D).

21        IT IS SO ORDERED.

22
    DATED:  ____4/29/2016_____                         _____
23                                                          THE HONORABLE EDWARD M. CHEN
                                                            United States District Judge
24

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen — United States District Court, Northern District of California]*

STIPULATION AND [PROPOSED] ORDER
CR 12-0834 EMC